## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TIMOTHY GRUVER and KARRI GRUVER, wife, | * * * | CASE NO. 1:21-CV-01210-JEH-RLH |
| Plaintiffs, | * * | JUDGE JONATHAN E. HAWLEY |
| v. | * * | |
| MONTESA EXPRESS, INC., PINOY TRUCKING, INC., REX EXPRESS, INC., TENNESSEE COMMERCIAL WAREHOUSE, INC., NOLASCO MONTESA, REX MONTESA, and ANTHONY DUNN, | * * * * * * * | |
| Defendants. | * * | |
| YEARIN LAW GROUP, TRUCK WRECK JUSTICE, PLLC, and THE LAW OFFICE OF JEFF GREEN, P.C. | * * * * | |
| Petitioners, | * * | |
| MORICI, LONGO & ASSOCIATES, TIM GRUVER and KARRI GRUVER, wife | * * * | |
| Respondents. | * | |

## AGREED ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is **ORDERED** that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees, costs, and other expenses of any type. Because the parties stipulate that they have reached a settlement agreement as to the pending Amended Petition for Attorneys' Fees and Expenses (D. 107), the Amended Petition is now moot. The Clerk is directed to close this case.

Dated:  May 30, 2025

s/ Jonathan E. Hawley

**JONATHAN E. HAWLEY**
**U.S. DISTRICT JUDGE**